United States Bankruptcy Court for the:

**District of Montana**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **MONTANA TUNNELS MINING, INC.** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**MONTANA TUNNELS MINING**

**MONTANA TUNNELS MINE**

**DIAMOND HILL MINE**

**3. Debtor's federal Employer Identification Number (EIN)**

_9_ _1_ – _1_ _3_ _8_ _7_ _6_ _5_ _4_

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | **PO BOX 17** |
| **270 MONTANA TUNNELS RD** | |
| Number   Street | Number   Street |
| **JEFFERSON CITY, MT 59638** | **JEFFERSON CITY, MT 59638** |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **JEFFERSON** | |
| County | |
| | Number   Street |
| | City                State    ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

2:26-bk-20193-BPH   Doc#: 1   Filed: 07/27/26   Page 1 of 9

| **7. Describe debtor's business** | A. *Check one:* |
|---|---|
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ☑ Chapter 11. *Check all that apply:* |

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☐ No |
|---|---|
| | ☑ Yes. District **DISTRICT OF MONTANA**   When **12/5/2022**   Case number **2:22-BK-20132** |
| If more than 2 cases, attach a separate list. | MM / DD / YYYY |
| | District _____   When _____   Case number _____ |
| | MM / DD / YYYY |

| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
|---|---|
| | ☐ Yes. Debtor _____   Relationship _____ |
| List all cases. If more than 1, attach a separate list. | District _____   When _____ |
| | MM / DD / YYYY |
| | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

             Number       Street

_____

City                  State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

              Contact name _____

              Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49   ☐ 50-99     ☐ 1,000-5,000   ☐ 5,001-10,000     ☐ 25,001-50,000   ☐ 50,000-100,000

☐ 100-199   ☐ 200-999     ☐ 10,001-25,000               ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000            ☐ $1,000,001-$10 million           ☐ $500,000,001-$1 billion

☐ $50,001-$100,000      ☐ $10,000,001-$50 million         ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000     ☐ $50,000,001-$100 million       ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million     ☑ $100,000,001-$500 million     ☐ More than $50 billion

Debtor **MONTANA TUNNELS MINING, INC.**      Case number *(if known)* _____
    Name

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **07/27/2026**
            MM/ DD/ YYYY

**X**   **/S/ PATRICK IMESON**          **PATRICK IMESON**
Signature of authorized representative of debtor      Printed name

Title    **CHIEF EXECUTIVE OFFICER**

**18. Signature of attorney**

**X**      **/S/ JAMES A. PATTEN**      Date **07/27/2026**
Signature of attorney for debtor                 MM/ DD/ YYYY

**JAMES A. PATTEN**
Printed name

**PATTEN PETERMAN BEKKEDAHL & GREEN**
Firm name

**401 N. 31ST STREET STE 800**
Number      Street

**BILLINGS**      **MT**    **59101**
City                  State    ZIP Code

_____      **APATTEN@PPBGLAW.COM**
Contact phone            Email address

**1191**           **MT**
Bar number         State

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MONTANA**
**BUTTE DIVISION**

IN RE: **MONTANA TUNNELS MINING, INC.**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     **07/27/2026**     Signature            **/S/ PATRICK IMESON**

PATRICK IMESON, CHIEF EXECUTIVE OFFICER

[ case number ]

AMERICAN WELDING & GASM INC.
PO BOX 779009
CHICAGO, IL 60677

BARRICK GOLD
453 MT HWY 2 EAST
WHITEHALL, MT 59759

BLACK DIAMOND ACQUISITION PARTNERS
1610 WYNKOOP STREET STE 400
DENVER, CO 80202

BLACK DIAMOND HOLDINGS LLC
1610 WYNKOOP STREET STE 400
DENVER, CO 80202

BLUE CROSS BLUE SHIELD
3645 ALICE STREET
HELENA, MT 59601

BUREAU OF LAND MANAGEMENT
2021 4TH AVE N STE 112
BILLINGS, MT 59101

CROWLEY FLECK PLLP
305 S 4TH STREET E
MISSOULA, MT 59801

DISA TECHNOLOGIES INC.
1653 ENGLISH AVENUE
BAR NUNN, WY 82601

ELKHORN GOLDFILEDS INC.
1610 WYNKOOP STREET STE 400
DENVER, CO 80202

ENERGY WEST RESOURCES
1 FIRST AVENUE SOUTH
GREAT FALLS, MT 59401

ENVIRONMENTAL PROTECTION AGENCY
1595 WYNKOOP STREET
DENVER, CO 80202

FRANCO-NEVADA US CORPORATION
C/O HOLLAND & HART LLP
PO BOX 639
BILLINGS, MT 59103

GOLDFIELDS FUNDING PARTNERS LLC
1610 WYNKOOP STREET STE 400
DENVER, CO 80202

GORDON SNYDER
ADMIN AGENT FOR NOTE HOLDERS
28 MIDDLE STREET STE 100
KEENE, NH 03431

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JEFFERSON COUNTY TREASURER
PO BOX H
BOULDER, MT 59632-0249

K&N ELECTRIC MOTORS INC.
PO BOX 303
SPOKANE, WA 99210

LD CONSTRUCTION, INC.
PO BOX 859
LEWISTOWN, MT 59457

LLOYD MINING SERVICES PLLC
PO BOX 248
MONTANA CITY, MT 59634

MARK L STERMITZ
102B 8TH AVE
POLSON, MT 59860

MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY
PO BOX 200901
HELENA, MT 59620

MONTANA DEPARTMENT OF LABOR & INDUSTRY
UNEMPLOYMENT INSURANCE DIVISION
PO BOX 6339
HELENA, MT 59604-6339

MONTANA DEPARTMENT OF REVENUE
BANKRUPTCY SPECIALIST
P.O. BOX 7701
HELENA, MT 59604-7701

MONTANA GOLDFIELDS INC.
1610 WYNKOOP STREET STE 400
DENVER, CO 80202

MONTANA NATURAL RESOURCE DAMAGE PROGRAM
PO BOX 201425
HELENA, MT 59620

MONTANA RAIL LINK
PROPERTY MANAGEMENT DIVISION
PO BOX 16624
MISSOULA, MT 59808

NORTHWESTERN ENERGY
11 E PARK ST
BUTTE, MT 59701

PATRICK IMESON
1610 WYNKOOP STREET STE 400
DENVER, CO 80202

TALEX COMMODITIES CAPITAL LTD
81 CANFIELD GARDENS
LONDON, UK NW63EA

TETRA TECH, INC
3801 AUTOMATION WAY STE 100
FORT COLLINS, CO 80525

US ATTORNEY'S OFFICE
CIVIL PROCESS CLERK
2601 2ND AVE N STE 3200
BILLINGS, MT 59101

Resolution of Board of Directors of
**MONTANA TUNNELS MINING, INC.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **PATRICK IMESON**, **CHIEF EXECUTIVE OFFICER** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **PATRICK IMESON**, **CHIEF EXECUTIVE OFFICER** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **PATRICK IMESON**, **CHIEF EXECUTIVE OFFICER** of this Corporation is authorized and directed to employ **JAMES A. PATTEN 1191**, attorney and the law firm of **PATTEN PETERMAN BEKKEDAHL & GREEN PLLC** to represent the corporation in such bankruptcy case.

Date  **July  27, 2026**                    Signed  **/s/Patrick Imeson**