| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | MONTANA TUNNELS MINING, INC.<br>Name | EIN: 91−1387654 | |
| United States Bankruptcy Court | District of Montana | Date case filed for chapter: 11 | 7/27/26 |
| Case number: | 2:26−bk−20193−BPH | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | MONTANA TUNNELS MINING, INC. | |
| 2. | **All other names used in the last 8 years** | dba DIAMOND HILL MINE, dba MONTANA TUNNELS MINE, dba MONTANA TUNNELS MINING | |
| 3. | **Address** | 270 MONTANA TUNNELS RD<br>Jefferson City, MT 59638 | |
| 4. | **Debtor's attorney**<br>Name and address | JAMES A PATTEN<br>Patten Peterman Bekkedahl Green PLLC<br>401 N 31st St<br>Ste 800<br>Billings, MT 59101 | Contact phone 406−252−8500<br><br>Email: apatten@ppbglaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>400 North Main St, Rm 263<br>Butte, MT 59701 | Hours open:<br>8:00AM − 5:00PM<br><br>Contact phone 406−497−1240<br><br>Date: 7/28/26 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **September 3, 2026 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephonic Meeting of Creditors, Dial in Number: 888−330−1716, Participant Code: 3507769** |

**For more information, see page 2 >**

| | |
|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 12/2/26<br>**For a governmental unit:** 1/25/27<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** 11/2/26 |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

## <u>NOTICE:</u>

**In accordance with 11 U.S.C. § 1112(b) and Mont. LBR 2003–7 debtor's failure to attend the 341 meeting will be cause for dismissal without further notice.**

United States Bankruptcy Court
District of Montana

In re: MONTANA TUNNELS MINING, INC.
Debtor

Case No. 26-20193-BPH
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0977-2 | User: JulieHoll | 
Date Rcvd: Jul 28, 2026 | Form ID: 309F1 | Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | MONTANA TUNNELS MINING, INC., 270 MONTANA TUNNELS RD, Jefferson City, MT 59638 |
| aty | + | Martin S. King, Worden Thane, P. C., 321 W. Broadway St, Suite 300, Missoula, MT 59802-4142 |
| aty | + | Shane Patrick Coleman, Coleman, Monson, & Small PLLC, 1555 Campus Way, Suite 201, Billings, MT 59102-2423 |
| cr | | MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, HELENA, MT 59620-0901, UNITED STATES |
| 1525068 | + | AMERICAN WELDING & GASM INC., PO Box 779009, Chicago, IL 60677-9009 |
| 1525069 | + | BARRICK GOLD, 453 MT HWY 2 EAST, Whitehall, MT 59759-8637 |
| 1525070 | + | BLACK DIAMOND ACQUISITION PARTNERS, 1610 WYNKOOP STREET STE 400, Denver, CO 80202-1137 |
| 1525071 | + | BLACK DIAMOND HOLDINGS LLC, 1610 WYNKOOP STREET STE 400, Denver, CO 80202-1137 |
| 1525072 | + | BLUE CROSS BLUE SHIELD, 3645 ALICE STREET, Helena, MT 59601-8656 |
| 1525073 | + | BUREAU OF LAND MANAGEMENT, 2021 4TH AVE N STE 112, Billings, MT 59101-1405 |
| 1525075 | + | DISA TECHNOLOGIES INC., 1653 ENGLISH AVENUE, Bar Nunn, WY 82601-1602 |
| 1525076 | + | ELKHORN GOLDFILEDS INC., 1610 WYNKOOP STREET STE 400, Denver, CO 80202-1137 |
| 1525077 | + | ENERGY WEST RESOURCES, 1 FIRST AVENUE SOUTH, Great Falls, MT 59401-3633 |
| 1525079 | + | FRANCO-NEVADA US CORPORATION, C/O HOLLAND & HART LLP, PO Box 639, Billings, MT 59103-0639 |
| 1525080 | + | GOLDFIELDS FUNDING PARTNERS LLC, 1610 WYNKOOP STREET STE 400, Denver, CO 80202-1137 |
| 1525084 | + | K&N ELECTRIC MOTORS INC., PO Box 303, Spokane, WA 99210-0303 |
| 1525085 | + | LD CONSTRUCTION, INC., PO Box 859, Lewistown, MT 59457-0859 |
| 1525086 | + | LLOYD MINING SERVICES PLLC, PO Box 248, Montana City, MT 59634-0248 |
| 1525087 | + | MARK L STERMITZ, 102B 8TH AVE, Polson, MT 59860-3214 |
| 1525088 | + | MONTANA DEPARTMENT OF, ENVIRONMENTAL QUALITY, PO Box 200901, Helena, MT 59620-0901 |
| 1525091 | + | MONTANA GOLDFIELDS INC., 1610 WYNKOOP STREET STE 400, Denver, CO 80202-1137 |
| 1525092 | + | MONTANA NATURAL RESOURCE DAMAGE PROGRAM, PO Box 201425, Helena, MT 59620-1425 |
| 1525093 | + | MONTANA RAIL LINK, PROPERTY MANAGEMENT DIVISION, PO Box 16624, Missoula, MT 59808-6624 |
| 1525095 | + | PATRICK IMESON, 1610 WYNKOOP STREET STE 400, Denver, CO 80202-1137 |
| 1525099 | + | Sandra W. Lavigna, Senior Bankruptcy Counsel LA Regional Of, US Securities and Exchange Commission, 444 South Flower Street, Ste 900, Los Angeles, CA 90071-2934 |
| 1525096 | | TALEX COMMODITIES CAPITAL LTD, 81 CANFIELD GARDENS, LONDON, UK NW63EA |
| 1525097 | + | TETRA TECH, INC, 3801 AUTOMATION WAY STE 100, Fort Collins, CO 80525-5735 |
| 1525098 | + | US ATTORNEY'S OFFICE, CIVIL PROCESS CLERK, 2601 2ND AVE N STE 3200, Billings, MT 59101-2238 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: apatten@ppbglaw.com | Jul 29 2026 01:15:00 | JAMES A PATTEN, Patten Peterman Bekkedahl Green PLLC, 401 N 31st St, Ste 800, Billings, MT 59101 |
| ust | + | Email/Text: ustp.region18.bs.ecf@usdoj.gov | Jul 29 2026 01:15:00 | OFFICE OF THE U.S. TRUSTEE, US DEPT OF JUSTICE, 550 WEST FORT ST, RM 698, BOISE, ID 83724-0101 |
| 1525078 | + | Email/Text: castelli.kayleen@epa.gov | Jul 29 2026 01:15:00 | ENVIRONMENTAL PROTECTION AGENCY, 1595 WYNKOOP STREET, Denver, CO 80202-1129 |

| | | | |
|---|---|---|---|
| 1525082 | EDI: IRS.COM | Jul 29 2026 05:16:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, Philadelphia, PA 19101-7346 |
| 1525083 | Email/Text: tkunz@jeffersoncounty-mt.gov | Jul 29 2026 01:15:22 | JEFFERSON COUNTY TREASURER, PO Box H, Boulder, MT 59632-0249 |
| 1525089 | Email/Text: dlibankruptcy@mt.gov | Jul 29 2026 01:15:00 | MONTANA DEPARTMENT OF LABOR & INDUSTRY, UNEMPLOYMENT INSURANCE DIVISION, PO Box 6339, Helena, MT 59604-6339 |
| 1525090 | Email/Text: DORBankruptcyNotices@mt.gov | Jul 29 2026 01:15:00 | MONTANA DEPARTMENT OF REVENUE, BANKRUPTCY SPECIALIST, P.O. BOX 7701, Helena, MT 59604-7701 |
| 1525094 | + Email/Text: bankruptcy.notices@northwestern.com | Jul 29 2026 01:15:22 | NORTHWESTERN ENERGY, 11 E PARK ST, BUTTE, MT 59701-1711 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| cr | | JEFFERSON COUNTY |
| cr | | Talex Commodities Capital, Ltd. |
| aty | ##+ | Samuel James King, Montana Department of Environmental Qual, Metcalf Bldg., 1520 E. 6th Ave., Helena, MT 59601-9744 |
| 1525074 | ##+ | CROWLEY FLECK PLLP, 305 S 4TH STREET E, Missoula, MT 59801-2701 |
| 1525081 | ##+ | GORDON SNYDER, ADMIN AGENT FOR NOTE HOLDERS, 28 MIDDLE STREET STE 100, KEENE, NH 03431-3305 |

TOTAL: 2 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| JAMES A PATTEN | on behalf of Debtor MONTANA TUNNELS MINING INC. apatten@ppbglaw.com, andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com |
| Martin S. King | on behalf of Creditor JEFFERSON COUNTY mking@wordenthane.com cdimuro@wordenthane.com;amccullough@wordenthane.com |
| OFFICE OF THE U.S. TRUSTEE | ustp.region18.bs.ecf@usdoj.gov |
| Samuel James King | on behalf of Creditor MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY samuel.king@mt.gov |

Shane Patrick Coleman
on behalf of Creditor Talex Commodities Capital Ltd. shane@montanabusinesslaw.com, shane@ecf.courtdrive.com

TOTAL: 5